```
FILED
KC
NOV 0 6 2007
NOV 06 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **07CR  735** |
| | ) | No. |
| vs. | ) | |
| | ) | Violation: Title 18, United States |
| SHERIN A. JACKSON, | ) | Code, Section 641 |
| also known as Sherin Lee | ) | |

**JUDGE SHADUR**

## COUNT ONE

**MAGISTRATE JUDGE MASON**

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

From in or about May 2000, and continuing to in or about February 2005, at Joliet, in the Northern District of Illinois, and elsewhere,

SHERIN A. JACKSON,
also known as Sherin Lee,

defendant herein, did steal, purloin, and knowingly convert to her own use money belonging to the United States, namely, in excess of $1,000 in funds administered by the Social Security Administration as part of its Disability Insurance Benefits program, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY