Minute Order Form (rev. 4/99)

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Name of Assigned Judge or Magistrate Judge | JUDGE SHADUR | MAGISTRATE JUDGE MASON — Maria Valdez |
| | Sitting Judge if Other Than Assigned Judge | |
| CASE NUMBER | 07 CR 735 / 06 GJ 0775 | DATE: NOVEMBER 6, 2007 |
| CASE TITLE | US v. SHERIN A. JACKSON, aka Sherin Lee | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL AUGUST 2006-1** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

KC **FILED**
NOV 0 6 2007
NOV 06, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials
Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#