## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 735 | **DATE** | 11/14/2007 |
| **CASE TITLE** | USA vs. Sherrin Jackson | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant enters a plea of not guilty to all charges.  LR 16.1 to be completed by November 21, 2007.  Defense motions are due December 4, 2007.  Government's response is due December 14, 2007.  A status hearing is set for December 21, 2007 at 1:15 p.m.  Defendant's presence is waived.  Time is excluded beginning  today through December 21, 2007 under 18:3161(h)(1) and the Tibboel case. (XE) Bond set at $4,500 OR.  Frank Lipuma is appointed to represent defendant.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SN |
|---|---|---|