Case 1:07-cr-00735 Document 6 Filed 11/14/2007 Page 1 of 1



| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: United States v.s. Jackson
FOR: Northern District of Illinois
AT: Eastern Division

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): Sherin A. Jackson

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 07 CR 735-1
Court of Appeals:

CHARGE/OFFENSE: 18 USC 641 ☒ Felony ☐ Misdemeanor

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☒ Am Self-Employed
Name and address of employer: 1106 N. Larkin, Joliet, IL 60435
IF YES, how much do you earn per month? $ 2,500

**ASSETS**
OTHER INCOME: Have you received within the past 12 months any income... ☐ Yes ☒ No

CASH: Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 30

PROPERTY: ☒ Yes ☐ No
VALUE: 120,000 — DESCRIPTION: Condominium / 2346 Cornette Dr.
VALUE: 1,000 — Car / 1994 Oldsmobile

**DEPENDENTS**
MARITAL STATUS: ☒ Separated or Divorced (circled Divorced)

**OBLIGATIONS & DEBTS**
APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Home - Mortgage | $ 60,000 | $ 550 |
| Credit cards | $ 24,000 | $ 500 |
| Office rental | | $ 400 |
| Hospital expenses and taxes | | $ 400 |
| Dr. Goto (dentist) | 4,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/14/07

SIGNATURE OF DEFENDANT: Sherin Lee

FILED
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT