UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | No. 07 CR 735 |
| ) | Judge Milton I. Shadur |
| SHERIN A. JACKSON         ) | |

REPORT OF AGREEMENTS ON PRETRIAL DISCOVERY MATTERS

Defendant Sherin A. Jackson (now known as Sherin Lee following her divorce from William Jackson), through her counsel, Francis C. Lipuma, herein submits to this Honorable Court a report of agreements between her and the government regarding certain pretrial discovery and inspection matters, pursuant to Local Criminal Rule 16.1. Counsel for Ms. Lee and counsel for the government have participated in a discovery conference relating to timetables and procedures for routine pretrial discovery matters as required under the local rule. The agreements between the parties consist of the following:

1. The parties agreed to inspecting, copying, and photographing any information subject to disclosure as set forth in Rule 16 of the Federal Rules of Criminal Procedure.

2. The parties agreed that the government would direct its agents to preserve their written notes.

3. The parties agreed that the government would identify and notify Ms. Lee of Rule 404(b) evidence fourteen days prior to the date scheduled for trial in this matter.

4. The government voluntarily agreed to produce all §3500 and <u>Giglio</u> materials to Ms. Lee fourteen days prior to the date scheduled for trial in this matter.

5. The parties agreed to disclose the identities, qualifications, and written summaries of the testimony of expert witnesses, if any, sixty days prior to the date scheduled for trial in this matter.

6. Finally, the parties recognized their continuing duties to disclose additional evidence or material identified or obtained after the dates set forth above, and the parties will promptly disclose the existence to each other in accordance with Rule 16(c) of the Federal Rules of Criminal Procedure.

                    Respectfully submitted,

                    s/ Francis C. Lipuma
                    Francis C. Lipuma

Francis C. Lipuma
33 North Dearborn Street
Suite 600
Chicago, Illinois 60602
(312) 551-9112

CERTIFICATE OF SERVICE

      I, Francis C. Lipuma, an attorney, do hereby certify that I caused a copy of "Report Of Agreements On Pretrial Discovery Matters" to be served upon:

Clifford C. Histed
U.S. Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

pursuant to Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

                                                  s/ Francis C. Lipuma
                                                  Francis C. Lipuma
                                                  33 North Dearborn Street
                                                  Suite 600
                                                  Chicago, IL 60604
                                                  (312) 551-9112