# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 735 | **DATE** | 1/22/2008 |
| **CASE TITLE** | USA vs. Sherin Jackson | | |

**DOCKET ENTRY TEXT**

Status hearing held. Government's oral motion for a competency hearing is taken under advisement. A status hearing is set for February 26, 2008 at 1:15 p.m. This Court finds that the time beginning today through February 26, 2008 is excludable under 18:3161(h)(1)(F) of the Speedy Trial Act.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|