# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 735 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. Sherrin Jackson | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held.  Defendant enters a plea of guilty to the Indictment.  Plea accepted, judgment of guilty entered.  Order presentence investigation.  Sentencing is set for July 14, 2008 at 1:15 p.m.

Docketing to mail notices.

00:50

| | Courtroom Deputy Initials: | SN |
|---|---|---|